# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | | |
|---|---|---|
| **USA**<br>*Plaintiff*<br>v.<br>**Antonio Gonzalez**<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. **3:17-cr-00062-JAM** |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Antonio Gonzalez**

Date: **Apr 03, 2017**

**ct01236**
*Attorney's signature*

**Conrad Ost Seifert, ct01236**
*Printed name and bar number*

**P. O. Box 576**
**Old Lyme, CT 06371**
*Address*

**conradlaw@aol.com**
*E-mail address*

**860-434-2097**
*Telephone number*

**860-434-3657**
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on **Apr 03, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**ct01236**

*Attorney's signature*